BUCHALTER NEMER
A Professional Corporation
ROBERT S. ADDISON, JR. (SBN: 188565)
WILLIAM M. MILLER (SBN: 216289)
TYSON K. HOTTINGER (SBN: 253221)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: wmiller@buchalter.com

JS 6

Attorneys for Plaintiff
FCC, LLC, a Florida limited liability company
doing business as First Capital Western Region, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FCC, LLC, a Florida limited liability company doing business as First Capital Western Region, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE SILK TRADING CO., INC., a California corporation; WOLF HOME (NEW YORK), INC., a Delaware corporation; WOLF HOME NEW YORK, LLC, a Delaware limited liability company; WOLF HOME USA, LLC, a Delaware limited liability company; WARREN KAY, an individual; and DOES 1 through 10,<br><br>Defendants. | **Case No. CV 09-3464 DSF (PJWx)**<br><br>**JUDGE:** The Hon. Dale S. Fischer<br>Courtroom 840<br><br>**STIPULATED JUDGMENT** |

1   The above entitled cause, having been submitted for entry of a judgment in Case No. CV 09-3464 DSF (PJWx), pursuant to a Stipulation for Entry of Judgment dated February 11, 2011, IT IS ORDERED, ADJUDGED AND DECREED that FCC, LLC dba FIRST CAPITAL WESTERN REGION, LLC ("FCC") have judgment in its favor and against defendants WARREN KAY and THE SILK TRADING CO., INC. in the amount of Three Hundred Thousand Dollars and zero cents ($300,000.00), inclusive of fees and costs in this Action.

It is further ORDERED, ADJUDGED AND DECREED that defendants WOLF HOME (NEW YORK), INC., WOLF HOME NEW YORK, LLC, and WOLF HOME USA, LLC be dismissed with prejudice.

Dated: 2/16/11

*Dale S. Fischer*
THE HONORABLE DALE S. FISCHER